Argued and submitted January 8, affirmed July 18, 1990

Robert McGOWAN
and Coeta McGowan,
*Petitioners,*

*v.*

CITY OF EUGENE,
and Cuddeback Investments,
*Respondents.*

(89-078; CA A62779)

795 P2d 563

Michael E. Farthing, Eugene, argued the cause for petitioners. With him on the brief was Linda Y. Lee, Eugene.

Timothy J. Sercombe, Eugene, argued the cause for respondent City of Eugene. With him on the brief was Harrang, Long, Watkinson, Arnold & Laird, P.C., Eugene.

William Kloos, Eugene, argued the cause for respondent Cuddeback Investments. With him on the brief was Johnson & Kloos, Eugene.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

## PER CURIAM

Petitioners seek review of LUBA's affirmance of the City of Eugene's rezoning of a 29-acre area. The city allowed the zone change after the Lane County Local Government Boundary Commission ordered the annexation of the area to the city. Petitioners also sought our review of the boundary commission's annexation order. In *McGowan v. Lane County Local Govt. Bdry. Comm.,* 102 Or App 381, 795 P2d 560 (1990), we affirmed the annexation order.

Petitioners' arguments for reversing LUBA's decision are without merit and do not require discussion.

Affirmed.